### THE PEOPLE v. ROBINSON.

In a criminal case, words uttered by defendant while sleeping are not admissible in evidence against him.

APPEAL from the Eleventh District.

Indictment for murder of a Frenchman. On the trial a witness for the prosecution testified, among other things, that " he slept in the same room with defendant ; that defendant did not rest well of

nights; that this was before his arrest, and that he talked some while asleep." The District Attorney then asked the witness what defendant said in his sleep. Defendant's counsel objected on the ground that defendant is not responsible for what he then said. Overruled, defendant excepting, and the witness answered, stating what the defendant said.

Defendant was convicted of murder, and appeals.

*John Hume*, for Appellant.

*Thomas H. Williams*, Attorney General for Respondent.

COPE, J. delivered the opinion of the Court—FIELD, C. J. concurring.

The bill of exceptions in this case states that certain words uttered by the defendant while sleeping were given in evidence against him at the trial. It is difficult to see upon what principle this evidence was admitted, and we are of opinion that the objection to it should have been sustained. If the defendant was asleep, the inference is that he was not conscious of what he was saying, and words spoken by him in that condition constituted no evidence of guilt.

Judgment reversed and cause remanded for a new trial.